# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL NO. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |
| **This Document Relates to Plaintiff(s):**<br><br>Cathy Howe<br><br>**Civil Case#: 1:18-cv-03103-WTL-TAB** | |

## MOTION TO WITHDRAW

Pursuant to Local R. 83.7(c), counsel for Plaintiff, Cathy Howe, moves this Court for an Order allowing counsel to withdraw from representation because:

1. Counsel seeks to withdraw from representation effective upon entry of an Order permitting same.

2. Counsel provided Plaintiff with written notice of counsel's intent to withdraw on October 21, 2024 by way of USPS Express Mail and First-Class Mail. A copy of the Affidavit of Mailing will be filed herein as <u>Exhibit A.</u>

3. Plaintiff has failed to communicate and cooperate with The Moody Law Firm, Inc. She has been given reasonable warning that the lawyer will withdraw if she continues to refuse to assist in the prosecution of her case. The Moody Law Firm, Inc., has attempted to communicate

with Plaintiff on numerous occasions by way of various methods (i.e., phone, text, mail), to no avail.

4. On information and belief, Cathy Howe's current residence address and phone number are:

> 142 Granger Street
> Syracuse, NY 13202
> (315) 395-8939

5. No trial dates are currently set in this case in which withdrawal is requested.

6. The Moody Law Firm, Inc., has sent this Motion to Withdraw by Certified Mail and First-Class Mail to Plaintiff's last known address, thereby informing her of this Motion to Withdraw. A copy of the Affidavit of Mailing will be filed herein as <u>Exhibit B</u>.

7. Counsel is willing to attend an in-camera affidavit or appear for an Ex Parte telephonic conference to address further details, if needed.

8. Plaintiff's counsel has conferred with Defendants' counsel. Defendants do not oppose this motion.

WHEREFORE, Counsel respectfully request that the Court enter an order allowing The Moody Law Firm, Inc., and Willard J. Moody, Jr. to withdraw and be relieved as attorneys for the Plaintiff, and provide any other relief which the Court deems just and proper.

Dated: October 31, 2024            Respectfully submitted,

By: /s/ Willard J. Moody, Jr.
Willard J. Moody, Jr., Esquire (VSB #22866)
THE MOODY LAW FIRM, INC.
500 Crawford Street, Suite 200
Portsmouth, VA 23704
(757) 393-6020 Phone
(757) 399-3019 Fax
will@moodyrrlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/ Willard J. Moody, Jr.